WELCH-WILMARTH CORPORATION, Respondent, v. MARTIN's, Appellant.— Order denying defendant's motion to dismiss amended complaint affirmed by default, with ten dollars costs and disbursements. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

WESTCHESTER MORTGAGE COMPANY, Appellant, Respondent, v. GRAND RAPIDS AND IONIA RAILROAD COMPANY and Its Successors in Interest, etc., and Others, Defendants. JOHN A. VAN RENSSELAER and Others, Respondents; JAMES T. PHELAN and Others, Appellants.— Upon this appeal we have reached the conclusion that the loan transaction in question should be considered as a Rhode Island transaction, and controlled by the laws of that State. So regarded, we think the transaction should be upheld to the extent of enforcing the payment of the principal of the note in question, with six per cent simple interest thereon. This course, we think, is justified by the Rhode Island law under the facts disclosed in the present record on appeal. The judgment appealed from is, therefore, modified accordingly, and as modified unanimously affirmed, without costs. Findings contrary to this decision are reversed, and new findings will be signed in accordance herewith. Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur. Settle order on notice.

HENRY H. AYERS and MAGGIE AYERS, Respondents, v. FLORENCE B. RUSSELL and Others, Defendants. JOHN L. ROBINSON, Purchaser, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JEAN R. BADER, Appellant, v. DAVID BADER, Respondent.— Motion to extend time to perfect appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ELSA BROSLIN, as Administratrix, etc., of JOHN BROSLIN, Deceased, Respondent, v. THE STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

NORMAN BUSCH, Appellant, v. WILLIAM FRANZBLAU, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

OLAF CASPERSON, Appellant, v. LA SALA BROTHERS, INC., and OMAHA REALTY COMPANY, INC., Respondents.— Motion for reargument denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.